FILED
CLERK, U.S. DISTRICT COURT

FEB 24 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERWOOD DON JENKINS, | ED CV 07-1097-CJC(E) |
| Petitioner, | |
| v. | JUDGMENT |
| G. ADAMS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 19, 2009.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE